IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.: 7:23-cv-01329-FL

| | |
|---|---|
| JOE JULIANO, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC.<br><br>*Defendant.* | **ORDER** |

Upon consideration of Defendant's Motion to Compel Response to Subpoena and Production of Documents from Third Party Half Moons Ice Cream Inc., [ECF No. 38] is GRANTED. Half Moons shall respond to Defendant's Subpoena within ten (10) days of the entry of this Order.

SIGNED this 26th day of September, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge