IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOE JULIANO, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC.<br><br>*Defendant*. | Case No 7:23-cv-01329-FL |

**DEEFENDANT GENERAC POWER SYSTEMS, INC.'S MOTION TO DENY CLASS CERTIFICATION**

Defendant Generac Power Systems, Inc. ("Generac" or "Defendant") by and through undersigned counsel, respectfully moves this Court to enter an Order denying class certification pursuant to Federal Rule of Civil Procedure 23. Defendant moves to deny class certification of Plaintiff Joe Juliano's claims on the grounds that Plaintiff's proposed class claims do not meet the requirements of Federal Rules of Civil Procedure 23(a), 23(b)(1), (b)(2), or (b)(3). Class certification should be denied because Plaintiff cannot meet the burden of showing that common issues predominate over individual issues.

Respectfully submitted this the 13th day of May, 2025.

                                            **GORDON REES SCULLY MANSUKHANI LLP**

                                            */s/ Megan M. Stacy*
                                            _____
                                            Megan M. Stacy
                                            N.C. State Bar No. 47108
                                            Kaitlin Romanelli Myers
                                            N.C. State Bar No. 53591
                                            150 Fayetteville Street, Suite 1120
                                            Raleigh, North Carolina 27601
                                            Telephone: (919) 787-4555
                                            Facsimile: (919) 741-5840
                                            E-mail: mstacy@grsm.com
                                            E-mail: krmyers@grsm.com
                                            ***Counsel for Defendant Generac Power Systems, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT GENERAC HOLDINGS INC.'S MOTION TO DENY CLASS CERTIFICATION** was filed via ECF for electronic service on all counsel of record.

Tiffany Lawson
Paul J. Doolittle
POULIN WILLEY ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Tiffany.Lawson@poulinwilley.com
Paul.doolittle@poulinwilley.com

This 13th day of May, 2025.

GORDON REES SCULLY MANSUKHANI LLP

*/s/ Megan M. Stacy*

_____
Megan M. Stacy
N.C. State Bar No. 47108
Kaitlin Romanelli Myers
N.C. State Bar No. 53591
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: (919) 787-4555
Facsimile: (919) 741-5840
E-mail: mstacy@grsm.com
E-mail: krmyers@grsm.com
*Counsel for Defendant Generac Power Systems*