IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOE JULIANO, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC.<br><br>*Defendant.* | Case No.: 7:23-cv-01329-FL |

## JOINT STIPULATION OF DISMISSAL

**NOW COME** Plaintiff Joe Juliano and Defendant Generac Power Systems, by and through undersigned counsel, jointly stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss this action with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

DATE: July 31, 2025,                        Respectfully Submitted,

*/s/ Ryan A. Valente*                        */s/ Allison Becker*
Ryan A. Valente                              Allison J. Becker
Poulin Willey Anastopoulo, LLC               Gordon Rees Scully Mansukhani, LLP
32 Ann Street                                150 Fayetteville Street
Charleston, SC 29403                         Suite 1120
803-222-2222                                 Raleigh, NC 27601
Fax: 843-353-1604                            919-787-4555
Email: teamvalente@poulinwilley.com          Fax: 919-741-5840
                                             Email: abecker@grsm.com

Attorney for Plaintiff                       */s/ Mark DelRosario*
                                             Mark DelRosario
                                             Gordon Rees Scully Mansukhani, LLP
                                             55 Ivan Allen Jr. Blvd. N.W.

Suite 750
Atlanta, GA 30308
404-869-9054
Fax: 678-389-8475
Email: mdelrosario@grsm.com

/s/ Megal McGee Stacy
Megan McGee Stacy
Gordon & Rees
150 Fayetteville Street
Suite 1120
Raleigh, NC 27601
336-689-4225
Email: mstacy@grsm.com

/s/ Craig Joel Mariam
Craig Joel Mariam
Gordon & Rees
633 West Fifth Street
Ste 52nd Floor
Los Angeles, CA 90071
213-576-5000
Fax: 877-306-0043
Email: cmariam@grsm.com

/s/ Kaitlin Romanelly Myers
Kaitlin Romanelli Myers
Gordon Rees Scully Mansukhani
North Carolina
150 Fayetteville Street
Ste 1120
Raleigh, NC 27601
828-333-2583
Email: krmyers@grsm.com

/s/ Roy Viola
Roy Viola , Jr
Gordon & Rees
290 W. Mt. Pleasant Avenue
Suite 3310
Livingston, NJ 07039
201-230-6015
Email: rviola@grsm.com

Attorneys for Defendant

2